EASTERN TRANSP. CO. v. UNITED STATES.

(Circuit Court of Appeals, Fourth Circuit. April 2, 1918.)

No. 1598.

COLLISION &153—SUIT FOR DAMAGES—REVIEW ON APPEAL.
    Where the decree in a suit for collision has ample support in conflicting evidence, it cannot be reversed by the appellate court.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge.

Suit in admiralty for collision by the Eastern Transportation Company against the United States. From a decree for half damages, libelant appeals. Affirmed.

John Henry Skeen, of Baltimore, Md., for appellant.
Samuel K. Dennis, U. S. Atty., of Baltimore, Md.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

WOODS, Circuit Judge. Under statutory permission the Eastern Transportation Company filed a libel against the United States for damages to the barge John T. Donohue caused by collision with the United States steamer C-2 off Smith's Point, Chesapeake Bay. After hearing very conflicting evidence, the District Court found as a conclusion of fact that both vessels were at fault, and charged the United States with one-half of the damages to the John T. Donohue. Discussion of the evidence would be of no value. The conclusion of the District Court, having ample support in the evidence, cannot be reversed by this court.

Affirmed.

---

&For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes